MMS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

CHARLES CARNEGLIA
    also known as "Charlie Canig,"

              Defendant.

- - - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

08 M 613

    Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Marisa Megur Seifan, for an order unsealing the affidavit and search warrant in the above-captioned matter.

    WHEREFORE, it is ordered that the affidavit and search warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
            December 24, 2008

                                          UNITED STATES MAGISTRATE JUDGE
                                          EASTERN DISTRICT OF NEW YORK